Margaret Lehrkind, OSB #125440
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

Of Attorneys for Plaintiff, JENNIFER DOBBINS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| JENNIFER DOBBINS<br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br>Defendant | Case No. 3:24-cv-01659-AR<br><br>ORDER AWARDING ATTORNEY FEES PER 28 U.S.C. §406(b) |

Having reviewed and considered Plaintiff's counsel's Petition for Attorney fees per 42 U.S.C. § 406(b)(1) and 1383(d)(2)(B), and all supporting documentation, IT IS ORDERED that Plaintiff's counsel's request for attorney's fees under 42 U.S.C. §§ 406(b) and 1383(d)(2)(B) is GRANTED. Attorney fees are allowed in the amount of $25,866.25. To account for a refund of the $10,501.73 already paid in EAJA attorney fees, SSA will pay a net fee award of $15,364.52 to Plaintiff's counsel, MARGARET LEHRKIND, out of Plaintiff's past-due benefits.

Date: October 20, 2026

Magistrate Judge Jeff Armistead